UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VINCENT T. HINOTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00204-JAW |
| | ) | |
| SCOTT JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On August 19, 2019, Vincent T. Hinote filed a motion for an injunction against Scott Jordan in his personal capacity and official capacity as a lieutenant at the Cumberland County Sheriff's Office and Kevin Joyce in his official capacity as the sheriff at the Cumberland County Sheriff's Office (Defendants), alleging that they have harassed him, retaliated against him, and denied his requests to move facilities since he filed his complaint and asking the Court to order his transfer to another facility. *Pl.'s Mot. for Injunction* (ECF No. 13). The Defendants did not file a response. On September 5, 2019, the United States Magistrate Judge filed with the Court his Recommended Decision, in which he recommended that the Court dismiss Mr. Hinote's motion for injunction. *Recommended Decision on Mot. for Injunction* (ECF No. 15) (*Recommended Decision*). Mr. Hinote did not object to the Recommended Decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo

determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. The Court <u>AFFIRMS</u> the Recommended Decision of the Magistrate Judge (ECF No. 15).

2. The Court <u>DISMISSES</u> the Plaintiff's Motion for Injunction (ECF No. 13).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2019